# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>Jason Alan Bebeau,<br>    Debtor(s) | Chapter 7<br>BKY 20-41136 |
| James L. Snyder, Acting United States Trustee,<br>    Plaintiff(s)<br>v.<br>Jason Alan Bebeau,<br>    Defendant(s) | Chapter 7<br>ADV 21-04044 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR IN ADVERSARY PROCEEDING

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me after one year before the date of the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this adversary proceeding is as follows:

   For legal services, I have agreed to accept
   (<u>flat fee</u> or hourly rate):                                  $10,000

   Prior to the filing of this statement, I have received:     $10,000

   Balance Due (or hourly rate):                                  $0.00

2. The source of the compensation paid to me was:

   X     Debtor                              ☐    Other (specify)

3. The source of the compensation to be paid to me is:

☐ Debtor  X Other (specify)

Alliant Financial, LLC

4.

X I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5. In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render the following legal services:

Representation of the debtor(s) in this adversary proceeding.

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this adversary proceeding.

Date: August 9, 2021     /e/ Nathan M. Hansen #0328017
                         Signature of Attorney