

**U.S. Department of Justice**

*Office of the United States Trustee*
*1015 U.S. Courthouse - 300 South Fourth Street*
*Minneapolis, MN 55415*

*Phone 612-334-1350*
*Fax 612-334-4302*

January 18, 2022

**FOR ELECTRONIC FILING ONLY**
Honorable Michael E. Ridgway
United States Bankruptcy Court
Courtroom 7W
300 South Fourth Street
Minneapolis MN 55101

RE: *Snyder v. Bebeau*, Adv. No. 21-04044

Dear Chief Judge Ridgway:

    I represent the plaintiff in this matter, and Nathan M. Hansen represents the defendant. This matter is presently scheduled for trial before you on February 8, 2022, at 9:00 a.m.

    The parties are preparing for trial and need additional time to complete preparations, including securing the presence of fact witnesses. The undersigned and Mr. Hansen join in respectfully requesting a continuance of the trial date and related trial deadlines for at least thirty days. Neither party is requesting any other changes to the existing trial order.

Sincerely,

**JAMES L. SNYDER**
Acting United States
Trustee Region 12

By: /e/ Colin Kreuziger
     Colin Kreuziger
     Trial Attorney

cc:    Nathan M. Hansen (Via CM/ECF Only)